HARDING *v.* HAND, WARDEN.

No. 5, Misc.   Decided March 19, 1962.

Appellant *pro se.*

*John Anderson, Jr.,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE WHITTAKER took no part in the consideration or decision of this case.